## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Federal National Mortgage Association, et al., v. City of Chicago et al.     Case Number: 15 cv 9150

An appearance is hereby filed by the undersigned as attorney for:
Amy Wettersten, Rama Group International, Inc., Angel Ramos, Barbara Ramos, and Veeral Patel.

Attorney name (type or print):  Ronald A. Damashek

Firm:     Stahl Cowen Crowley Addis, LLC

Street address:     55 W. Monroe, Suite 1200

City/State/Zip:     Chicago, IL 60603

Bar ID Number:  6183820     Telephone Number:   312-377-7858
(See item 3  in instructions)

Email Address: rdamashek@stahlcowen.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.     ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2015

Attorney signature:     S/ Ronald A. Damashek
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015