## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Federal National Mortgage Association, et al., v. City of Chicago, et al.

Case Number: 15 CV 9150

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago; Chicago Department of Finance; Chicago Department of Administrative Hearings; Rahm Emanuel; Daniel Widawsky; Patricia Jackowiac, Defendants.

Attorney name (type or print): Weston Hanscom

Firm: City of Chicago Department of Law

Street address: 30 N. LaSalle Street, Suite 1020

City/State/Zip: 60602

Bar ID Number: 3121773
(See item 3 in instructions)

Telephone Number: (312) 744-9077

Email Address: Weston.Hanscom@cityofchicago.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 6, 2015

Attorney signature: S/ Weston Hanscom
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015