IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, et al., <br><br> Defendants. | Civil Action No. 15-cv-9150 <br><br> Judge Sara L. Ellis |

## MOTION TO DISMISS PURSUANT FRCP 12(b)(1) and 12(b)(6)

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the Defendants move to dismiss the complaint filed by Plaintiffs. The Defendants' initial brief in support of this motion is being filed contemporaneously.

Dated: November 20, 2015

Respectfully submitted,

Stephen R. Patton
Corporation Counsel, City of Chicago

By: s/ Mark Christian Marvelli

Weston Hanscom  (Attorney No. 3121773)
Kim Edward Cook (Attorney No. 3129104)
Mark Christian Marvelli (Attorney No. 6298544)
City of Chicago Department of Law
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-9077/1436/6995