IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, et al., <br><br> Defendants. | Civil Action No. 15-cv-9150 <br><br> Judge Sara L. Ellis |

## NOTICE OF MOTION

To: All attorneys of record

**PLEASE TAKE NOTICE** that on November 20, 2015, the undersigned filed Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6) with the Clerk of the United States District Court for the Northern District of Illinois via ECF. A copy of that document is hereby served upon you.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall appear before the Honorable Judge Sara L. Ellis, or before such other Judge sitting in her place, on December 3, 2015 at 1:45 p.m., or as soon thereafter as counsel may be heard, and present this motion.

Dated: November 20, 2014

Respectfully submitted,
Stephen R. Patton
Corporation Counsel, City of Chicago

By: /s/ Mark Christian Marvelli

Assistant Corporation Counsel
City of Chicago Department of Law
Revenue Litigation Division
30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6995
Attorney No. 6298544