IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF CHICAGO, et al.,<br><br>　　　　Defendants. | Civil Action No. 15-cv-9150<br><br>Judge Sara L. Ellis |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Plaintiffs the Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, Federal Housing Finance Agency, in its capacity as agency of the federal government and in its capacity as Conservator of Fannie Mae and Freddie Mac, Amy Wettersten, Rama Group International, Inc., Angel Ramos, Barbara Ramos, and Veeral Patel (collectively, "Plaintiffs") and Defendants City of Chicago, Chicago Department of Finance, City of Chicago Department of Administrative Hearings, Rahm Emanuel, in his official capacity as Mayor of the City of Chicago, Daniel Widawsky, in his official capacity as Comptroller of the City of Chicago, and Patricia Jackowiac, in her official capacity as the Director of the City of Chicago Department of Administrative Hearings (collectively, "Defendants"), respectfully jointly submit the following proposed briefing schedule for Defendant's Motion to Dismiss and the case management schedule of this case. In support of their motion, the parties state as follows:

　　1. Plaintiffs initiated this action on October 15, 2015.

　　2. On November 10, 2015, this Court granted Defendants' First Motion for an Extension of Time, permitting Defendants to file their motion to dismiss on or before November 20, 2015.

　　3.  The Defendants filed their motion to dismiss on November 20, 2015.

4. The parties jointly propose that Plaintiffs file their responses in opposition to Defendants' motion to dismiss no later than January 12, 2016.

5. The parties jointly propose that Defendants then file a reply in support of their motion to dismiss no later than January 26, 2016.

6. The parties respectfully submit that this proposed schedule will streamline the parties' briefing, conserve judicial resources, and allow the case to move forward expeditiously.

7. The parties respectfully request that the status conference currently scheduled for December 15, 2015 be stricken and reset for some date after a ruling on the motion to dismiss.

8. The parties further request that the status report due date of December 8, 2015 be stricken.

Wherefore, Plaintiffs and Defendants respectfully request that the Court enter an Order as described above.

Dated: November 20, 2015

Respectfully submitted,

Stephen R. Patton
Corporation Counsel, City of Chicago

By: /s/ Mark Christian Marvelli

Mark Christian Marvelli
City of Chicago Department of Law
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-6995
Attorney No. 6298544

*Attorney for Defendants*