**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Federal National Mortgage Association, et al.

                                        Plaintiff,

v.                                                        Case No.: 1:15–cv–09150
                                                          Honorable Sara L. Ellis

City Of Chicago, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 13, 2016:

      MINUTE before the Honorable Sara L. Ellis: Motion hearing held on 1/13/2016. Briefing schedule on motion for summary judgment and motion to dismiss: Plaintiff's motion for summary judgment and response to motion to dismiss is due by 2/29/16; Defendant's response to motion for summary judgment and reply to motion to dismiss is due by 3/21/16; Plaintiff's reply to motion for summary judgment is due by 4/11/16. Next status date set for 9/13/16 at 9:30 AM for rulings on motions to dismiss and for summary judgment. Motion to set a briefing schedule [20] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.